IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CANDIE DORREEN SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:20-cv-00520 |
| | ) Judge Aleta A. Trauger |
| KILOLO KIJAKAZI,[1] | ) |
| Commissioner of Social Security, | ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's Amended Objections (Doc. No. 26) are **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Doc. No. 24) is **ACCEPTED AND ADOPTED** in its entirety. The plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 21) is **DENIED**, and the Commissioner's denial of benefits under the Social Security Act is **AFFIRMED**.

The Clerk shall enter judgment for the defendant, in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for former Commissioner Andrew Saul as the defendant in this lawsuit.